UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

UNITED STATES OF AMERICA

vs.                                         CASE NO. 1:07-CR-010-SPM

ADAM EASTER,

       Defendant.
_____/

ORDER CONTINUING SENTENCING

**THIS CAUSE** comes before the Court upon "Defendant's Unopposed Motion to Reschedule Sentencing Hearing" (doc. 26) filed on July 18, 2007. Defendant requests additional time to continue to cooperate with the Government. The Government does not oppose the motion.

For good cause shown, it is

**ORDERED AND ADJUDGED** as follows:

1. Defendant's motion to reschedule sentencing (doc. 26) is hereby *granted*.

2. Sentencing is reset for **Monday, November 5, 2007** at **1:30pm** at the United States Courthouse in Gainesville, Florida.

**DONE AND ORDERED** this twenty-sixth day of July, 2007.

                                    *s/ Stephan P. Mickle*
                                    Stephan P. Mickle
                                    United States District Judge