**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF FLORIDA**
**GAINESVILLE DIVISION**

UNITED STATES OF AMERICA

vs.                                          CASE NO. 1:07-CR-010-SPM

ADAM EASTER,

       Defendant.
_____/

## ORDER CONTINUING SENTENCING HEARING

**THIS CAUSE** comes before the Court upon "Defendant's Unopposed Motion to Reschedule Sentencing Hearing" (doc. 33).  As grounds, Defendant sites being recently enlisted as local counsel for a civil jury trial that is scheduled on the same day (February 4, 2008) before Circuit Judge Robert Roundtree.  The Government does not oppose the granting of this motion.

For good cause shown, it is **ORDERED AND ADJUDGED** as follows:

1. Defendant's motion to reschedule sentencing (doc. 33) is hereby *granted*.

2. Sentencing is reset for **Monday, March 3, 2008** at **1:30pm** at the United States Courthouse in Gainesville, Florida.

**DONE AND ORDERED** this <u>twenty-ninth</u> day of January, 2008.

                                    *s/ Stephan P. Mickle*
                                    Stephan P. Mickle
                                    United States District Judge